UNITED STATES of America,
Plaintiff–Appellee

v.

Edgardo LOZANO–TENORIO, also known as Jose Carlo Tua, also known as Eduardo Lozano–Carcedo, also known as Jose Carlos Tua, Defendant–Appellant

No. 15-20626
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 09/20/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Edgardo Lozano–Tenorio, Pro Se.

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edgardo Lozano–Tenorio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lozano–Tenorio has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lozano–Tenorio's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.